

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**SEALED**

| | |
|---|---|
| In Re Matter of ) | |
| ) | |
| (1) CRIMINAL COMPLAINTS AND ) | ORDER SEALING ARREST WARRANTS, |
| ARREST WARRANTS AUTHORIZED ) | CRIMINAL COMPLAINTS, SEARCH |
| ON AUGUST 18, 2009, TO ) | WARRANTS, SEARCH WARRANTS, |
| ARREST: ) | APPLICATION AND ORDER |
| ) | |
| MIGUEL GOMEZ, ) | |
| RAMON SANCHEZ, ) | **Under Seal** |
| ARTURO LEMUS SALDANA, ) | |
| ROGELIO RAMOS FRAUSTO, and ) | |
| SALVADOR GUTIERREZ MACHUCA. ) | |
| ) | 1:09 SW 00204 SMS |
| (2) SEARCH WARRANTS ) | |
| AUTHORIZED ON AUGUST 18, ) | |
| 2009, TO SEARCH: ) | 1:09 SW 00205 SMS |
| ) | |
| 5476 Lawrence St., Dinuba, ) | 1:09 SW 00206 SMS |
| CA; ) | |
| ) | |
| 974 Pecan Ave., Reedley, CA;) | 1:09 SW 00207 SMS |
| ) | |
| 424 E. Huntsman Ave., ) | 1:09 MJ 00201 SMS |
| Reedley, CA; and ) | |
| ) | 1:09 MJ 00202 SMS |
| The first pink residence ) | |
| located on the eastside of ) | |
| Road 124, north of Ave. 424,) | 1:09 MJ 00203 SMS |
| in the area of 42800-42804 ) | |
| Road 124, Orosi, CA. ) | |
| ) | 1:09 MJ 00204 SMS |
| ) | |
|  | 1:09 MJ 00205 SMS |

The United States of America has applied to this Court for an

Order permitting it to file the Criminal Complaints, Arrest

1

1  Warrants, Search Warrants and Search Applications, in the above-
2  captioned case, in camera under seal.  Upon consideration of the
3  application and the entire record herein,
4      IT IS HEREBY ORDERED that the Criminal Complaints, Arrest
5  Warrants, Search Warrants and Search Warrant Applications, and
6  this Sealing Order, along with the Government's underlying
7  Sealing Application, in the above-entitled proceedings shall be
8  filed with this Court in camera under seal and shall not be
9  disclosed to any person unless otherwise Ordered by this Court.
10 DATED: August 18, 2009   _____
11                            Honorable Sandra M. Snyder
                             U.S. Magistrate Judge

2