


```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  KAREN A. ESCOBAR
    MARLON COBAR
 3  Assistant U.S. Attorneys
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6              IN THE UNITED STATES DISTRICT COURT FOR THE
 7                    EASTERN DISTRICT OF CALIFORNIA
 8
    UNITED STATES OF AMERICA,    )   1:09MJ00205 SMS
 9                               )
              Plaintiff,         )
10                               )
         v.                      )   APPLICATION TO UNSEAL CRIMINAL
11                               )   COMPLAINT AND ARREST WARRANT AND
                                 )   PROPOSED ORDER
12  MIGUEL GOMEZ,                )
                                 )
13            Defendant.         )
                                 )
14  ─────────────────────────────
15
16       The United States of America hereby applies to this Court for
17  an order unsealing the arrest warrant and criminal complaint in
18  the above-captioned proceedings.
19       This motion is based on the fact that the defendant in this
20  matter was arrested on the criminal complaint.
21  Dated: August 19, 2009         Respectfully submitted,
22                                 LAWRENCE G. BROWN
                                   United States Attorney
23
                              By:  /s/ Karen A. Escobar
24                                 KAREN A. ESCOBAR
                                   Assistant U.S. Attorney
25
26  So ordered.
27  DATED: 8/19/08                  _____
                                   SANDRA M. SNYDER
28                                 U.S. Magistrate Judge

                                  1
```